AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Woods, Gregory H. | Southern District of New York | 05/15/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Court Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

United States Courthouse
500 Pearl Street
New York, NY 10007

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | MEMBER, BOARD OF TRUSTEES | WILLIAMS COLLEGE |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 03/1999 | Continuing participation in 401(k) plan sponsored by Debevoise & Plimpton LLP. No further contributions by employer. |
| 2. 01/2005 | Continuing participation in 401(k) plan sponsored by Debevoise & Plimpton LLP. No further contributions by employer. |
| 3. 01/2005 | Debevoise & Plimpton LLP Cash Balance Retirement Plan for Partners. No further contributions by employer. |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | ▨ Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Woods, Gregory H.** | 05/15/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ACCOUNT #1 (H) | | | | | | | | | |
| 2. VANGUARD FEDERAL MONEY MARKET FUND | A | Dividend | K | T | | | | | |
| 3. VANGUARD INFLA-PROTECTED SEC | A | Dividend | J | T | | | | | |
| 4. VANGUARD PRIME MONEY MARKET | A | Dividend | K | T | | | | | |
| 5. VANGUARD TOTAL BOND MKT INDEX | A | Dividend | K | T | | | | | |
| 6. VANGUARD WELLINGTON FUND | A | Dividend | J | T | | | | | |
| 7. VANGUARD SELECTED VALUE FUND | A | Dividend | J | T | | | | | |
| 8. VANGUARD WINDSOR FUND | B | Dividend | K | T | | | | | |
| 9. VANGUARD MID-CAP GROWTH FUND | A | Dividend | K | T | | | | | |
| 10. VANGUARD MORGAN GROWTH FUND | B | Dividend | K | T | | | | | |
| 11. VANGUARD EXPLORER FUND | A | Dividend | K | T | | | | | |
| 12. VANGUARD HEALTH CARE FUND | A | Dividend | J | T | | | | | |
| 13. VANGUARD US VALUE FUND | A | Dividend | J | T | | | | | |
| 14. VANGUARD TOTAL INT'L STOCK INDEX | B | Dividend | L | T | | | | | |
| 15. VANGUARD INST INDEX FUND | C | Dividend | M | T | | | | | |
| 16. VANGUARD RETIRE SAVINGS TRUST III | A | Dividend | J | T | | | | | |
| 17. VANGUARD EXTENDED MKT INDEX | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woods, Gregory H. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ACCOUNT #2 (H) | | | | | | | | | |
| 19. JP MORGAN DEPOSIT SWEEP ACCOUNT (CASH) | A | Interest | K | T | | | | | |
| 20. ASTON/FAIRPOINTE MID CAP | | None | | | Sold | 02/16/16 | J | | |
| 21. AMERICAN CENTURY INTER-TERM TAX FREE BD FD INSTL CL | B | Dividend | K | T | Sold (part) | 02/24/16 | J | | |
| 22. | | | | | Sold (part) | 05/27/16 | K | | |
| 23. | | | | | Buy (add'l) | 05/31/16 | K | | |
| 24. | | | | | Sold (part) | 06/28/16 | J | | |
| 25. BERNSTEIN SANFORD C FD INC AB INTR DIVERSIFIED MUN PORT ADV CL | B | Dividend | K | T | Sold (part) | 02/24/16 | J | | |
| 26. | | | | | Sold (part) | 05/27/16 | J | | |
| 27. | | | | | Buy (add'l) | 05/31/16 | K | | |
| 28. | | | | | Sold (part) | 06/28/16 | J | | |
| 29. BLACKROCK FDS HIGH YIELD BD PORTFOLIO INSTL | B | Dividend | J | T | Sold (part) | 04/12/16 | K | | |
| 30. | | | | | Sold (part) | 05/27/16 | J | | |
| 31. BLACKROCK FDS MIDCAP INDEX FD INSTITUTIONAL | | None | | | Sold | 01/22/16 | J | | |
| 32. BLACKROCK INTERNATIONAL INDEX FUND INSTL CL | | None | | | Sold | 01/22/16 | J | | |
| 33. BROWN ADVISORY FDS WMC STRATEGIC EUROPEAN EQI INSTL | A | Dividend | K | T | Sold (part) | 05/27/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woods, Gregory H. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. | | | | | Buy (add'l) | 05/31/16 | J | | |
| 35. | | | | | Sold (part) | 06/28/16 | J | | |
| 36. CAUSEWAY CAP MGMT TR INTL VALUE FD INSTL CL | A | Dividend | K | T | Sold (part) | 05/27/16 | J | | |
| 37. | | | | | Buy (add'l) | 05/31/16 | J | | |
| 38. | | | | | Sold (part) | 06/28/16 | J | | |
| 39. | | | | | Sold (part) | 09/23/16 | J | | |
| 40. DODGE & COX FUNDS INTERNATIONAL STOCK FUND | A | Dividend | J | T | Sold (part) | 02/16/16 | J | | |
| 41. | | | | | Sold (part) | 05/27/16 | J | | |
| 42. | | | | | Buy (add'l) | 05/31/16 | J | | |
| 43. | | | | | Sold (part) | 06/28/16 | J | | |
| 44. | | | | | Buy (add'l) | 09/26/16 | J | | |
| 45. HARBOR INTERNATIONAL FUND INSTITUTIONAL | | None | | | Sold (part) | 02/16/16 | J | | |
| 46. | | | | | Sold (part) | 05/21/16 | J | | |
| 47. | | | | | Buy (add'l) | 05/31/16 | J | | |
| 48. | | | | | Sold (part) | 06/28/16 | J | | |
| 49. | | | | | Sold | 09/26/16 | K | | |
| 50. OAKMARK FUND | A | Dividend | K | T | Sold (part) | 02/16/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woods, Gregory H. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. | | | | | Sold (part) | 05/27/16 | K | | |
| 52. | | | | | Buy (add'l) | 05/31/16 | K | | |
| 53. | | | | | Sold (part) | 06/28/16 | J | | |
| 54. | | | | | Sold (part) | 08/15/16 | K | | |
| 55. | | | | | Sold (part) | 09/23/16 | J | | |
| 56. ISHARES MSCI EAFE ETF | A | Dividend | J | T | Sold (part) | 05/27/16 | K | | |
| 57. | | | | | Buy (add'l) | 05/31/16 | K | | |
| 58. | | | | | Sold (part) | 06/28/16 | J | | |
| 59. | | | | | Sold (part) | 08/15/16 | K | | |
| 60. ISHARES CURRENCY HEDGED MSCI EAFE ETF | A | Dividend | | | Sold (part) | 05/27/16 | J | | |
| 61. | | | | | Buy (add'l) | 05/31/16 | J | | |
| 62. | | | | | Sold (part) | 06/28/16 | J | | |
| 63. | | | | | Sold | 09/23/16 | K | | |
| 64. JP MORGAN TR 1 INTER TAX FREE BD FD INSTL CL | A | Dividend | | | Sold (part) | 02/24/16 | J | | |
| 65. | | | | | Sold (part) | 05/27/16 | J | | |
| 66. | | | | | Buy (add'l) | 05/31/16 | J | | |
| 67. | | | | | Sold (part) | 06/28/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woods, Gregory H. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. | | | | | Sold | 08/15/16 | K | | |
| 69. JP MORGAN TR 1 US EQUITY FD INSTL CL | A | Dividend | K | T | Sold (part) | 02/24/16 | J | | |
| 70. | | | | | Sold (part) | 03/16/16 | K | | |
| 71. | | | | | Sold (part) | 05/27/16 | K | | |
| 72. | | | | | Buy (add'l) | 05/31/16 | K | | |
| 73. | | | | | Sold (part) | 06/28/16 | J | | |
| 74. | | | | | Sold (part) | 09/23/16 | J | | |
| 75. JP MORGAN TR 1 MID CAP EQUITY FD SELECT CL | | None | | | Sold | 02/16/16 | J | | |
| 76. JP MORGAN TR 1 SMALL CAP EQUITY FD SELECT CL (Y) | | | | | | | | | |
| 77. JP MORGAN VALUE ADVANTAGE FD INSTL CL | | None | | | Sold | 02/16/16 | K | | |
| 78. JP MORGAN TR II HIGH YIELD FD SELECT CL | A | Dividend | J | T | Sold (part) | 05/27/16 | J | | |
| 79. | | | | | Buy (add'l) | 05/31/16 | J | | |
| 80. | | | | | Sold (part) | 06/28/16 | J | | |
| 81. JP MORGAN TR II SHORT-INTER MUN BD FD INSTL | A | Dividend | K | T | Sold (part) | 02/24/16 | J | | |
| 82. | | | | | Sold (part) | 05/27/16 | J | | |
| 83. | | | | | Buy (add'l) | 05/31/16 | J | | |
| 84. | | | | | Sold (part) | 06/28/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woods, Gregory H. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. MAINSTAY HIGH YIELD CORPORATE BOND FUND CL 1 | A | Dividend | K | T | Sold (part) | 05/27/16 | J | | |
| 86. | | | | | Buy (add'l) | 05/31/16 | J | | |
| 87. | | | | | Sold (part) | 06/28/16 | J | | |
| 88. MASSCHUSETTS INVESTORS TRUST CL 1 | A | Dividend | K | T | Sold (part) | 03/16/16 | K | | |
| 89. | | | | | Sold (part) | 05/27/16 | K | | |
| 90. | | | | | Buy (add'l) | 05/31/16 | J | | |
| 91. | | | | | Sold (part) | 06/28/16 | J | | |
| 92. | | | | | Sold (part) | 09/23/16 | J | | |
| 93. PIMCO LOW DURATION FUND INSTL CL | B | Dividend | L | T | Buy (add'l) | 02/16/16 | J | | |
| 94. | | | | | Sold (part) | 02/24/16 | K | | |
| 95. | | | | | Buy (add'l) | 04/12/16 | K | | |
| 96. | | | | | Sold (part) | 05/27/16 | K | | |
| 97. | | | | | Buy (add'l) | 05/31/16 | K | | |
| 98. | | | | | Sold (part) | 06/28/16 | K | | |
| 99. | | | | | Sold (part) | 08/15/16 | J | | |
| 100. T. ROWE PRICE SUMMIT MUNICIPAL INTERMEDIATE FUND | A | Dividend | J | T | Sold (part) | 02/24/16 | J | | |
| 101. | | | | | Sold (part) | 05/27/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woods, Gregory H. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. | | | | | Buy (add'l) | 05/31/16 | J | | |
| 103. | | | | | Sold (part) | 06/28/16 | J | | |
| 104. | | | | | Sold (part) | 08/15/16 | J | | |
| 105. SPDR S&P 500 ETF TRUST | C | Dividend | M | T | Buy (add'l) | 02/16/16 | L | | |
| 106. | | | | | Buy (add'l) | 03/16/16 | K | | |
| 107. | | | | | Sold (part) | 05/27/16 | L | | |
| 108. | | | | | Buy (add'l) | 05/31/16 | L | | |
| 109. | | | | | Sold (part) | 06/28/16 | K | | |
| 110. | | | | | Buy (add'l) | 08/15/16 | K | | |
| 111. WELLS FARGO ADVANTAGE GROWTH FUND CL I | | None | | | Sold | 02/16/16 | K | | |
| 112. WISDOMTREE JAPAN HEDGED EQUITY FUND | A | Dividend | | | Sold (part) | 05/27/16 | J | | |
| 113. | | | | | Buy (add'l) | 05/31/16 | J | | |
| 114. | | | | | Sold (part) | 06/28/16 | J | | |
| 115. | | | | | Sold | 08/15/16 | K | | |
| 116. VANGUARD FIXED INCOME SECS | A | Distribution | J | T | Buy | 02/24/16 | J | | |
| 117. | | | | | Sold (part) | 05/27/16 | J | | |
| 118. | | | | | Buy (add'l) | 05/31/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woods, Gregory H. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. | | | | | Sold (part) | 06/28/16 | J | | |
| 120. LORD ABBETT SHORT DURATION INCOME FD | A | Dividend | K | T | Buy | 02/24/16 | J | | |
| 121. | | | | | Buy (add'l) | 04/12/16 | J | | |
| 122. | | | | | Sold (part) | 05/27/16 | J | | |
| 123. | | | | | Buy (add'l) | 05/31/16 | J | | |
| 124. | | | | | Sold (part) | 06/28/16 | J | | |
| 125. BLACKROCK INDEX FDS INC INTL | B | Dividend | L | T | Buy | 01/22/16 | J | | |
| 126. | | | | | Buy (add'l) | 02/16/16 | K | | |
| 127. | | | | | Sold (part) | 04/12/16 | K | | |
| 128. | | | | | Sold (part) | 05/27/16 | K | | |
| 129. | | | | | Buy (add'l) | 05/31/16 | K | | |
| 130. | | | | | Sold (part) | 06/28/16 | J | | |
| 131. | | | | | Buy (add'l) | 09/23/16 | J | | |
| 132. VANGUARD INDEX TR 500 INDEX FD | A | Dividend | K | T | Buy | 09/23/16 | K | | |
| 133. PIMCO TOTAL RETURN FUND INSTL CL | A | Dividend | J | T | Buy | 08/15/16 | J | | |
| 134. PIMCO FDS PAC INVT MGMT | A | Dividend | J | T | Buy | 08/15/16 | J | | |
| 135. T. ROWE PRICE INTL FUNDS INC EMERGING MARKETS | A | Dividend | J | T | Buy | 08/15/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woods, Gregory H. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. ISHARES MDCI JAPAN ETF | A | Dividend | J | T | Buy | 08/15/16 | K | | |
| 137. BLACKROCK FDS MIDCAP INDEX FD CL K | A | Dividend | K | T | Buy | 01/22/16 | J | | |
| 138. | | | | | Sold (part) | 05/27/16 | K | | |
| 139. | | | | | Buy (add'l) | 05/31/16 | K | | |
| 140. | | | | | Sold (part) | 06/28/16 | J | | |
| 141. JOHN HANCOCK INCOME FUND CL | A | Dividend | J | T | Buy | 04/12/16 | K | | |
| 142. | | | | | Sold (part) | 05/27/16 | J | | |
| 143. | | | | | Buy (add'l) | 05/31/16 | J | | |
| 144. | | | | | Sold (part) | 06/28/16 | J | | |
| 145. AMG TR IV MANAGERS PICTET INTL FD | A | Dividend | K | T | Buy | 09/23/16 | K | | |
| 146. BROKERAGE ACCOUNT #3 (H) | | | | | | | | | |
| 147. JP MORGAN DEPOSIT SWEEP ACCOUNT (CASH) (Y) | | | | | | | | | |
| 148. AMERICAN CENTURY INTER-TERM TAX FREE BD FD INSTL CL | A | Dividend | | | Sold | 05/26/16 | K | | |
| 149. BERNSTEIN SANFORD C FD INC AB INTR DIVERSIFIED MUN PORT ADV CL | A | Dividend | | | Sold (part) | 02/25/16 | J | | |
| 150. | | | | | Sold | 05/26/16 | K | | |
| 151. BLACKROCK FDS HIGH YIELD BD PROTFOLIO INSTL | A | Dividend | | | Sold (part) | 01/13/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woods, Gregory H. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 152. | | | | | Sold | 04/11/16 | J | | |
| 153. BLACKROCK FDS MIDCAP INDEX FD INSTITUTIONAL | | None | | | Sold | 01/22/16 | J | | |
| 154. BLACKROCK INTERNATIONAL INDEX FUND INSTL CL | | None | | | Sold | 01/22/16 | J | | |
| 155. BROWN ADVISORY FDS WMC STRATEGIC EUROPEAN EQI INSTL | | None | | | Sold | 05/26/16 | J | | |
| 156. DODGE & COX FUNDS INTERNATIONAL STOCK FUND | | None | | | Sold (part) | 02/02/16 | J | | |
| 157. | | | | | Sold | 05/26/16 | J | | |
| 158. JOHN HANCOCK INCOME FUND CL I | A | Dividend | | | Sold | 05/26/16 | J | | |
| 159. OAKMARK FUND | | None | | | Sold (part) | 02/02/16 | J | | |
| 160. | | | | | Sold | 05/26/16 | J | | |
| 161. ISHARES MSCI EAFE ETF | | None | | | Sold | 02/25/16 | J | | |
| 162. ISHARES CURRENCY HEDGED MSCI EAFE ETF | A | Dividend | | | Sold | 05/26/16 | J | | |
| 163. JP MORGAN TR I INTER TAX FREE BD FD INSTL CL | A | Dividend | | | Buy (add'l) | 01/13/16 | J | | |
| 164. | | | | | Sold | 05/26/16 | K | | |
| 165. JP MORGAN TR I US EQUITY FD INSTL CL | A | Dividend | | | Sold (part) | 03/16/16 | J | | |
| 166. | | | | | Sold | 05/26/16 | J | | |
| 167. JP MORGAN TR I MID CAP EQUITY FD SELECT CL | | None | | | Sold | 02/02/16 | J | | |
| 168. JP MORGAN TR II HIGH YIELD FD SELECT CL | A | Dividend | | | Sold (part) | 01/13/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woods, Gregory H. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 169. | | | | | Buy (add'l) | 04/11/16 | J | | |
| 170. | | | | | Sold | 05/26/16 | J | | |
| 171. JP MORGAN TR II SHORT-INTER MUN BD FD INSTL | A | Dividend | | | Buy (add'l) | 01/13/16 | J | | |
| 172. | | | | | Sold | 05/26/16 | K | | |
| 173. MFS RESEARCH INTERNATIONAL FD CL I | | None | | | Sold | 05/26/16 | J | | |
| 174. MAINSTAY HIGH YIELD CORPORATE BOND FUND CL I | A | Dividend | | | Sold (part) | 04/11/16 | J | | |
| 175. | | | | | Sold | 05/26/16 | K | | |
| 176. MASSCHUSETTS INVESTORS TRUST CL I | | None | | | Sold (part) | 03/16/16 | J | | |
| 177. | | | | | Sold | 05/26/16 | J | | |
| 178. PIMCO LOW DURATION FUND INSTL CL | A | Dividend | | | Buy (add'l) | 02/02/16 | J | | |
| 179. | | | | | Sold (part) | 02/25/16 | J | | |
| 180. | | | | | Buy (add'l) | 04/11/16 | J | | |
| 181. | | | | | Sold | 05/26/16 | K | | |
| 182. T. ROWE PRICE SUMMIT MUNICIPAL INTERMEDIATE FUND | A | Dividend | | | Sold (part) | 02/25/16 | J | | |
| 183. | | | | | Sold | 05/26/16 | K | | |
| 184. SPDR S&P 500 ETF TRUST | A | Dividend | | | Buy (add'l) | 02/02/16 | J | | |
| 185. | | | | | Buy (add'l) | 03/16/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woods, Gregory H. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 186. | | | | | Sold (part) | 04/11/16 | J | | |
| 187. | | | | | Sold | 05/26/16 | K | | |
| 188. WISDOMETREE JAPAN HEDGED EQUITY FUND | | None | | | Sold | 05/26/16 | J | | |
| 189. VANGUARD FIXED INCOME SECS | A | Dividend | | | Buy | 02/25/16 | J | | |
| 190. | | | | | Sold | 05/26/16 | J | | |
| 191. BLACKROCK FDS MIDCAP INDEX FD CL K | A | Dividend | | | Buy | 01/22/16 | J | | |
| 192. | | | | | Sold | 05/26/16 | J | | |
| 193. BLACKROCK INDEX FDS INC | | None | | | Buy | 01/22/16 | J | | |
| 194. | | | | | Buy (add'l) | 02/02/16 | J | | |
| 195. | | | | | Buy (add'l) | 02/25/16 | J | | |
| 196. | | | | | Sold (part) | 04/11/16 | J | | |
| 197. | | | | | Sold | 05/26/16 | K | | |
| 198. LORD ABBETT SHORT DURATION INCOME FD | A | Dividend | | | Buy | 02/25/16 | J | | |
| 199. | | | | | Buy (add'l) | 04/11/16 | J | | |
| 200. | | | | | Sold | 05/26/16 | J | | |
| 201. ACCOUNT #4 (H) | | | | | | | | | |
| 202. VANGUARD PRIME MONEY MARKET FUND (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woods, Gregory H. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 203. VANGUARD TOTAL STOCK MKT IDX ADM | A | Dividend | K | T | Buy | 03/07/16 | K | | |
| 204. VANGUARD REIT INDEX FUND INV (X) | A | Dividend | J | T | | | | | |
| 205. VANGUARD SMALL CAP INDEX FUND ADM (X) | A | Dividend | J | T | | | | | |
| 206. VANGUARD SMALL-CAP VALUE INDEX | A | Dividend | J | T | | | | | |
| 207. VANGUARD TOTAL INTL STOCK IX ADMIRAL | A | Dividend | K | T | | | | | |
| 208. VANGUARD TOTAL BOND MKT INDEX ADM | B | Dividend | L | T | | | | | |
| 209. VANGURAD WELLINGTON FUND INV | B | Dividend | K | T | | | | | |
| 210. VANGUARD 500 INDEX ADM | B | Dividend | L | T | | | | | |
| 211. NEW YORK 529 COLLEGE SAVINGS DIRECT PLAN #1 (H) | | | | | | | | | |
| 212. AGGRESSIVE AGE-BASED OPTION: MODERATE GROWTH PORTFOLIO | | None | K | T | | | | | |
| 213. MODERATE AGE-BASED OPTION: CONSERVATIVE GROWTH PORTFOLIO | | None | K | T | | | | | |
| 214. CONSERVATIVE AGE-BASED OPTION: INCOME PORTFOLIO | | None | K | T | | | | | |
| 215. INFLATION PROTECTED SECURITIES PORTFOLIO | | None | K | T | | | | | |
| 216. NEW YORK 529 COLLEGE SAVINGS DIRECT PLAN #2 (H) | | | | | | | | | |
| 217. AGGRESSIVE AGE-BASED OPTION: MODERATE GROWTH PORTFOLIO | | None | K | T | | | | | |
| 218. MODERATE AGE-BASED OPTION: CONSERVATIVE GROWTH PORTFOLIO | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 219. CONSERVATIVE AGE-BASED OPTION: INCOME PORTFOLIO | | None | L | T | | | | | |
| 220. INFLATION PROTECTED SECURITIES PORTFOLIO | | None | K | T | | | | | |
| 221. OTHER HOLDINGS (H) | | | | | | | | | |
| 222. BLACKROCK LARGE CAP GROWTH FUND C | C | Dividend | K | T | | | | | |
| 223. CREF STOCK ACCOUNT | | None | J | T | | | | | |
| 224. CREF GROWTH ACCOUNT | | None | J | T | | | | | |
| 225. CREF SOCIAL CHOICES ACCOUNT | | None | J | T | | | | | |
| 226. JP MORGAN CHASE CASH ACCOUNTS | A | Interest | M | T | | | | | |
| 227. MGJ REALTY CORPORATION (COMMON STOCK OF PRIVATE CORP.) | A | Distribution | L | W | | | | | |
| 228. _____ (COMMON STOCK OF PRIVATE CORP.) | | None | O | W | | | | | |
| 229. _____ (DEBT OF PRIVATE CORP.) (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woods, Gregory H. | 05/15/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, lines 212-215, 217-220, and 223-225: These holdings are unit based and do not attribute income to individual assets (see page 40 of the filing instructions).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gregory H. Woods**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544